No. 09-1518. Warren Havens, et al., Petitioners v. Mobex Network Services, LLC, et al.

562 U.S. 838, 131 S. Ct. 179, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5818.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-1519. United States ex rel. Robert Pritsker, Petitioner v. Sodexho, Inc., et al.

562 U.S. 838, 131 S. Ct. 179, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 6038.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 364 Fed. Appx. 787.

No. 09-1522. William C. Brown, Petitioner v. Progress Energy.

562 U.S. 838, 131 S. Ct. 180, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5779.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 556.

No. 09-1523. Kelly Conard, Petitioner v. Pennsylvania State Police, et al.

562 U.S. 838, 131 S. Ct. 180, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5988.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 360 Fed. Appx. 337.

No. 09-1525. Logan T. Johnston, III, Petitioner v. Melvin Sternberg, et al.

562 U.S. 831, 131 S. Ct. 180, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 6338.

No. 09-1527. John S. Karls, Petitioner v. The Goldman Sachs Group, Inc., et al.; John S. Karls, Petitioner v. Citigroup of North America, Inc., et al.; and John S. Karls, Petitioner v. ING Financial Holdings Corporation, et al.

562 U.S. 838, 131 S. Ct. 180, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5884.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-1528. Shareff Rudd, Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.

562 U.S. 838, 131 S. Ct. 187, 178 L. Ed. 2d 42, 2010 U.S. LEXIS 5768.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.